## Anthony BURNSIDE, Plaintiff— Appellant,

v.

## Warden William M. WHITE; Associate Warden R. Reed; Captain D. Beckwith; Lieutenant Roderick; Sergeant F. Thomas; Sargeant S. Toland, Defendants—Appellees.

### No. 05–7020.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2005.

Decided Oct. 25, 2005.

Anthony Bernard Burnside, Appellant Pro Se. Daniel Roy Settana, Jr., John Eric Kaufmann, McKay, Cauthen, Settana & Stubley, PA, Columbia, South Carolina, for Appellees.

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony Burnside, a South Carolina inmate, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Burnside v. White*, No. CA–04–22609–6 (D.S.C. June 13, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*